Application of William JONES et al.,
Petitioners-Appellants,

v.

Robert C. MEADE et al., First
Respondents-Appellees,

Hector H. Gayle, Executive Director, et
al., Second Respondents-Appellees,

John Maylott and Gerald B. Cruise,
Department of Housing and Urban
Development, Third Respondents-Appellees.

No. 528, Docket 74–2030.

United States Court of Appeals,
Second Circuit.

Submitted Jan. 9, 1975.

Decided Feb. 10, 1975.

Robert Rivers, Westbury, N. Y., for petitioners-appellants.

Richard J. Osterndorf, Mineola, N. Y., for first respondents-appellees.

Ralph A. Nappi, Port Washington, N. Y., for second respondents-appellees.

Harold J. Friedman, Asst. U. S. Atty. (David G. Trager, U. S. Atty., E. D. N. Y., Paul B. Bergman, Asst. U. S. Atty., of counsel), for third respondents-appellees.

Before SMITH, OAKES and TIMBERS, Circuit Judges.

PER CURIAM:

The order of the district court is affirmed for the reasons set forth in Judge John R. Bartels' opinion, 378 F.Supp. 286 (E.D.N.Y.1974).

---

Gerrit VAN DE STEEG and Eileen Van de Steeg, Appellees,

v.

COMMISSIONER OF INTERNAL
REVENUE, Appellant.

No. 73–3173.

United States Court of Appeals,
Ninth Circuit.

Feb. 20, 1975.

Scott P. Crampton, Asst. Atty. Gen., Tax Div., U. S. Dept. of Justice, Washington, D. C., for appellant.

Thomas H. Macbride, of Macbride, Sax & MacIver, Seattle, Wash., for appellee.

Before VAN OOSTERHOUT,* WALLACE and SNEED, Circuit Judges.

OPINION

PER CURIAM:

The judgment is affirmed for the reasons stated in the opinion of the Tax Court, reported at 60 T.C. 17 (1973).

Affirmed.

---

* Honorable Martin D. Van Oosterhout, Senior United States Circuit Judge, Eighth Circuit, sitting by designation.